AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| JANE DOE, a Sex Trafficked Individual<br>*Plaintiff(s)*<br>v.<br>G6 HOSPITALITY PROPERTY LLC; see attached<br>*Defendant(s)* | Civil Action No. 5:24-cv-2350-KK-DTBx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* G6 Hospitality Property LLC; G6 Hospitality LLC; Motel 6 Operating L.P.; Patel R&K Family Trust; 5710 La Palma L.P.; K&A Global Investment LLC; Sol Hospitality Group LLC; Prashant R. Vaghashia; Mita P. Vaghashia; Jayeshbhai S. Shah; Balgopal Investments Inc.; San Bernardino County Transportation Authority; Grove Hospitality LLC; Amar Patel; Angela Wu Shuyu; West Coast Inn - Ontario, California; Choice Hotels International, Inc.; Wyndham Hotels and Resorts, Inc.; ABC Corporations 1 - 100; and John Roes 1 - 100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mazin A. Sbaiti
Sbaiti & Company PLLC
2200 Ross Avenue - Suite 4900W
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: NOVEMBER 8, 2024

*Signature of Clerk or Deputy Clerk*

**SBAITI & COMPANY PLLC**
MAZIN A. SBAITI
CA Bar No. 275089
Email: mas@sbaitilaw.com
Dallas Arts Tower
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
P: (214) 432-2899
F: (214) 853-4367

**SBAITI & COMPANY NJ LLC**
MATTHEW B. SICHERI
NJ Bar No. 256102018 (*Pro Hac Vice Forthcoming*)
Email: Matthew.Sicheri@SbaitiLaw.com
100 Mulberry Street,
3 Gateway Center, Suite 1102
Newark, New Jersey 07102
P: (973) 945-2000
F: (973) 954-9710

***ATTORNEYS FOR PLAINTIFF***

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JANE DOE, a Sex Trafficked Individual,

*Plaintiff,*

v.

G6 HOSPITALITY PROPERTY LLC; G6 HOSPITALITY LLC; MOTEL 6 OPERATING L.P.; PATEL R&K FAMILY TRUST; 5710 LA PALMA L.P.; K&A GLOBAL INVESTMENT LLC; SOL HOSPITALITY GROUP LLC; PRASHANT R. VAGHASHIA; MITA P. VAGHASHIA; JAYESHBHAI S. SHAH; BALGOPAL INVESTMENTS INC.; SAN BERNARDINO COUNTY TRANSPORTATION AUTHORITY; GROVE HOSPITALITY LLC; AMAR PATEL; ANGELA WU SHUYU; WEST COAST INN - ONTARIO, CALIFORNIA; CHOICE HOTELS INTERNATIONAL, INC.; WYNDHAM HOTELS AND RESORTS, INC.; ABC CORPORATIONS 1-100 (names being fictitious), and JOHN ROES 1-100 (names being fictitious),

*Defendants.*

**Case No. 5:24-cv-2350**

**COMPLAINT**

1) **18 U.S.C. §§ 1595 et seq.**
2) **California Civil Code § 52.5**
3) **Intentional Infliction of Emotional Distress**
4) **Negligence/Negligent Infliction of Emotional Distress**
5) **Vicarious Liability**

**DEMAND FOR JURY TRIAL**

Civil Action No. 5:24-cv-2350

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: